IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JORGE CALDERON-CANAS,   ) | |
| ID # 47523-177,          ) | |
|     Movant,     ) | |
| vs.                      ) | No. 3:13-CR-466-M(5) |
|                          ) | |
| UNITED STATES OF AMERICA,) | |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Motion to Reduce Sentence under Residual Clause of the Armed Career and Career Offender under 18 U.S.C. § 3582(c)*, received on May 24, 2016 (doc. 371), is **DENIED**.

**SIGNED this 10th day of December, 2018.**

BARBARA M. G. LYNN
CHIEF JUDGE